IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>CHRISTOPHER M. HODGES,<br><br>    Defendant. | No. 99CR40038<br>Hon. Joe B. McDade<br>United States District Judge,<br>Presiding |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW court-appointed counsel for CHRISTOPHER M. HODGES, Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Defender, moving this Honorable Court for an Order allowing counsel to withdraw, and in support thereof states as follows:

    1.    Pursuant to Administrative Order 08-U-0005, this Court appointed undersigned counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

    2.    Undersigned counsel has thoroughly reviewed the Defendant's case and concluded that he is ineligible for a reduction because even assuming his Base Offense Level were reduced by 2-levels pursuant to the amendment, his guideline range of 360 to life would not change. Specifically, his Base Offense Level was 38 based upon a finding that he was responsible for more than 1.5 kilograms of crack cocaine. That level was then increased by two levels because hepossessed a gun and two additional levels because he obstructed justice, for a Total Offense level of 42. With a Criminal History Category of V, his guideline range was 360 to life.

Assuming the new amendment applied to the Defendant's case, his Base Offense Level would change to 36. However, the same upward adjustments must then be applied, giving him a Total Offense Level of 40. With a Criminal History Category of V, his guideline range is still 360 to life. Accordingly, the amendment does not change the Defendant's guideline range or sentence.

      3.    Because undersigned counsel has concluded that the Defendant is ineligible, counsel requests that he be allowed to withdraw as counsel and that the Defendant's be allowed to proceed in this matter *pro se*.

      WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter and order allowing undersigned counsel to withdraw and allowing the Defendant to proceed *pro se*.

Respectfully Submitted,
CHRISTOPHER M. HODGES, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Richard Westphal.

s/ Jonathan E. Hawley

                                                            _____

JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org