E-FILED
Thursday, 26 June, 2008 08:47:13 AM
Clerk, U.S. District Court, ILCD

FILED
JUN 26 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

-vs-                       Case No. 4:99-CR-40038

CHRISTOPHER M. HODGES,

    Defendant/Petitioner.

### MOTION TO STAY PROCEEDING AND IN THE ALTERNATIVE TO APPOINT NEW COUNSEL

**COMES NOW**, the petitioner, Christopher M. Hodges hereby herein submit this petition upon the Honorable Court respectfully requesting that the Honorable court grant his petition for the appointment of new counsel. The Honorable Court Judge Joe Billy McDade appointed Jonathan Hawley from the Federal Public Defenders Office to represent the petitioner insofar as to his 18 U.S.C. 3582 petition for a downward departure pursuant to amendment 706 and 711 whereas the Sentencing Commission lower the table by two level for crack cocaine.

    Petitioner spoke to appointed counsel Mr. Hawley who stated that he would not represent petitioner in the above matter and would file a petition to withdraw from the above case, therefore, petitioner respectfully request that the Honorable Court appoint new counsel to represent him in the above matter.

**CERTIFICATION OF SERVICE**

I, the petitioner Christopher M. Hodges hereby herein certified that a true and correct copy of the foregoing pleading has been served upon the Honorable Court for the United States District Court for the Central District of Illinois, Office of the Clerk, Room 40, 211 19th Street, Rock Island, Illinois 61201, by the delivery of the United States Postage Service, this 23 day of June, 2008.

RESPECTFULLY SUBMITTED

/S/ CHRISTOPHER M. HODGES
   F.R.N. 12302-026
   FCC FORREST CITY
   P.O. BOX 9000-LOW
   FORREST CITY, AR 72366

-2-