E-FILED
Monday, 07 July, 2008   10:30:04 AM
Clerk, U.S. District Court, ILCD



FILED
JUL 7 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF ILLINOIS

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

-vs-

                              Case No. 99-CR-40038

CHRISTOPHER M. HODGES,

      Defendant/Petitioner.

### PETITIONER'S MOTION IN RESPONSE TO COURT'S ORDER

**COMES NOW**, the petitioner, Christopher M. Hodges hereby herein submit this petition upon the Honorable Court without undersigned counsel, respectfully request, that the Honorable Court his previous petition insofar as to his motion to reduce his sentence in according to the amendment 706 and 711 where the Sentencing Commission lowered the crack table by two level under USSG. 2D1.1.

    Petitioner filed upon the Honorable Court a motion style 18 U.S.C. §3582(c) requesting the Honorable not only lower his sentence by two level but also consider other favors as well, such as amendment 709, Apprendi and others. The Honorable Court could consider other factors due to the fact that the guidelines is no longer mandatory but advisory. Thus, since the guidelines is advisory this court could consider the fact

that petitioner is HIV thereby departing more then two level. Petitioner have seem other courts departing more than two level. Petitioner states that this court should consider the other issues that he submitted in his original §3582(c) petition. Petitioner also admit that he has file another petition for appointment of counsel and that motion have not been denied or consider.

**WHEREFORE,** petitioner pray that the Honorable Court grant his motion to depart by more then two level thereby considering other factors that were raise in his original §3582(c). petition.

### CERTIFICATION OF SERVICE

I, the petitioner, Christopher M. Hodges hereby herein certified that a true and correct copy of the foregoing pleading has been served upon the Honorable Clerk of Court for the United States District Court for the central District of Illinois, Room 40, 211 19th Street, Rock Island, Illinois 61201, by the delivery of the United States Postage Service, this 3 day of July, 2008.

RESPECTFULLY SUBMITTED

/S/ CHRISTOPHER M. HODGES
F.R.N. 12302-026
FCC FORREST CITY
P.O. BOX 9000-LOW
FORREST CITY, AR 72336