E-FILED
Tuesday, 19 August, 2008 11:37:39 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff/Appellee,

-vs-    Case No. 4:99-CR-40038

CHRISTOPHER HODGES,

    Petitioner/Appellant.

## NOTICE OF APPEAL

**COMES NOW**, the petitioner/appellant, Christopher hereby herein, submit this notice of appeal upon the Honorable Court from the denial judgment of appellant's 18 U.S.C. §3582(C) petition that was entered on or about July 10, 2008.

Executed this ___ day of July, 2008.

RESPECTFULLY SUBMITTED

/S/ CHRISTOPHER HODGES
F.R.N. 12302-026

U.S.C.A. – 7th Circuit
RECEIVED
JUL 24 2008  ODS
GINO J. AGNELLO
CLERK

# United States Court of Appeals
## For The Seventh Circuit
219 South Dearborn Street
Chicago, Illinois 60604

8/4/08

Dear Sir or Madam,

I am returning this Notice of Appeal to you unfiled.
Notice of Appeal is filed <u>only</u> in the District Courts, since you did not list the exact district court we could not forward it to them for proper filing.
You will need to send the District Court this stamped Notice of Appeal to file your appeal.

Sincerely,

Pro Se Clerk