AO 240 (Rev. 9/96)

E-FILED
Tuesday, 19 August, 2008 11:38:38 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

FILED
AUG 1 8 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff

V.

CHRISTOPHER HODGES

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 4:99-CR-40038

I, __Christopher Hodges__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FCC FORREST CITY, P.O. BOX 9000, AR 72336__

   Are you employed at the institution? __Yes__  Do you receive any payment from the institution? __yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

AO 240 (Rev. 9/96)

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   NA

I declare under penalty of perjury that the above information is true and correct.

8-14-08
Date

_____
Signature of Applicant

AO 240 Reverse (Rev. 9/96)

NOTICE TO PRISONER: A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In additio a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, a balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you ha been in multiple institutions, attach one certified statement of each account.

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 12302026 |
| Inmate Name: | HODGES, CHRISTOPHER |
| Report Date: | 08/12/2008 |
| Report Time: | 11:22:09 AM |
| Current Institution: | Forrest City FCI |
| Housing Unit: | FOR-M-A |
| Living Quarters: | M04-158U |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 4/6/2008 9:27:29 PM | Phone Withdrawal | ($1.00) | TFN0406 | | $92.44 |
| 4/3/2008 1:55:03 PM | Payroll - UNICOR | $73.49 | H2048 | | $93.44 |
| 3/31/2008 10:28:19 PM | Phone Withdrawal | ($1.00) | TFN0331 | | $19.95 |
| 3/30/2008 8:44:02 PM | Phone Withdrawal | ($2.00) | TFN0330 | | $20.95 |
| 3/27/2008 11:28:55 PM | Phone Withdrawal | ($1.00) | TFN0327 | | $22.95 |
| 3/26/2008 11:05:15 PM | Phone Withdrawal | ($2.00) | TFN0326 | | $23.95 |
| 3/19/2008 10:58:42 PM | Phone Withdrawal | ($1.00) | TFN0319 | | $25.95 |
| 3/11/2008 11:54:08 AM | Sales | ($1.85) | 96 | | $26.95 |
| 3/11/2008 11:20:02 AM | Sales | ($178.70) | 81 | | $28.80 |
| 3/10/2008 11:15:11 AM | Phone Withdrawal | ($2.00) | TFN0310 | | $207.50 |
| 3/7/2008 6:11:53 PM | Phone Withdrawal | ($2.00) | TFN0307 | | $209.50 |
| 3/7/2008 5:13:17 AM | Lockbox - CD | $150.00 | 70103401 | | $211.50 |
| 3/6/2008 8:33:52 AM | SPO | ($19.50) | 964 | | |
| 3/4/2008 3:05:49 PM | Payroll - UNICOR | $48.91 | 2039 | | $61.50 |
| 3/4/2008 11:04:24 AM | Sales | ($6.10) | 58 | | $12.59 |
| 2/29/2008 10:48:55 PM | Phone Withdrawal | ($2.00) | TFN0229 | | $18.69 |
| 2/24/2008 7:13:29 PM | Phone Withdrawal | ($2.00) | TFN0224 | | $20.69 |
| 2/8/2008 2:49:39 PM | Payroll - IPP | $18.48 | HIPP0108 | | $22.69 |
| 2/5/2008 7:34:48 AM | Sales | ($3.70) | 38 | | $4.21 |
| 1/29/2008 1:20:09 PM | Sales | ($4.40) | 102 | | $7.91 |
| 1/29/2008 1:05:15 PM | Sales | ($89.35) | 94 | | $12.31 |
| 1/29/2008 5:06:21 AM | Lockbox - CD | $100.00 | 70100701 | | $101.66 |
| 1/27/2008 8:35:48 PM | Phone Withdrawal | ($1.00) | TFN0127 | | $1.66 |
| 1/27/2008 6:15:03 PM | Phone Withdrawal | ($1.00) | TFN0127 | | $2.66 |
| 1/24/2008 1:07:30 PM | Sales | ($5.80) | 123 | | $3.66 |
| 1/16/2008 1:22:11 PM | Sales | ($10.00) | 130 | | $9.46 |
| 1/15/2008 12:13:51 PM | Sales | ($12.40) | 99 | | $19.46 |
| 1/10/2008 3:11:58 PM | Payroll - IPP | $27.64 | HIPP1207 | | $31.86 |
| 1/3/2008 12:04:44 PM | Sales | ($11.25) | 97 | | $4.22 |
| 1/2/2008 1:01:22 PM | Sales | $2.20 | 124 | | $15.47 |
| 1/2/2008 12:58:20 PM | Sales | ($147.50) | 123 | | $13.27 |
| 1/1/2008 8:54:12 PM | Phone Withdrawal | ($9.00) | TFN0101 | | $160.77 |
| 1/1/2008 5:14:31 AM | Lockbox - CD | $150.00 | 70198801 | | $169.77 |
| 12/31/2007 11:13:30 PM | Phone Withdrawal | ($1.00) | TFN1231 | | $19.77 |
| 12/31/2007 5:34:42 PM | Phone Withdrawal | ($8.00) | TFN1231 | | $20.77 |
| 12/30/2007 10:53:33 PM | Phone Withdrawal | ($1.00) | TFN1230 | | $28.77 |
| 12/28/2007 9:23:38 PM | Phone Withdrawal | ($1.00) | TFN1228 | | $29.77 |
| 12/25/2007 11:21:17 AM | Phone Withdrawal | ($1.00) | TFN1225 | | $30.77 |
| 12/24/2007 7:44:39 PM | Phone Withdrawal | ($10.00) | TFN1224 | | $31.77 |
| 12/19/2007 9:26:09 PM | Phone Withdrawal | ($1.00) | TFN1219 | | $41.77 |
| 12/19/2007 12:54:26 PM | Sales | ($1.25) | 81 | | $42.77 |
| 12/19/2007 12:53:37 PM | Sales | ($25.65) | 80 | | $44.02 |
| 12/16/2007 11:23:06 AM | Phone Withdrawal | ($3.00) | TFN1216 | | $69.67 |
| 12/14/2007 9:43:22 PM | Phone Withdrawal | ($10.00) | TFN1214 | | $72.67 |
| 12/13/2007 10:36:16 AM | Inmate Co-pay | ($2.00) | HICP1207 | | $82.67 |
| 12/12/2007 9:11:39 PM | Phone Withdrawal | ($10.00) | TFN1212 | | $84.67 |
| 12/12/2007 7:36:37 AM | Sales | ($148.50) | 26 | | $94.67 |
| 12/10/2007 3:56:46 PM | Payroll - IPP | $18.00 | HIPP1107 | | $243.17 |
| 12/10/2007 3:56:29 PM | Payroll - IPP | $13.44 | HIPP1107 | | $225.17 |
| 12/6/2007 8:41:33 PM | Phone Withdrawal | ($10.00) | TFN1206 | | $211.73 |

1 2 3

2 of 2

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 12302026 |
| Inmate Name: | HODGES, CHRISTOPHER |
| Report Date: | 08/12/2008 |
| Report Time: | 11:21:43 AM |
| Current Institution: | Forrest City FCI |
| Housing Unit: | FOR-M-A |
| Living Quarters: | M04-158U |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/7/2008 8:16:00 AM | Sales | ($219.90) | 28 | | $14.76 |
| 8/5/2008 11:10:51 PM | Phone Withdrawal | ($2.00) | TFN0805 | | $234.66 |
| 8/5/2008 2:25:49 PM | Payroll - UNICOR | $86.14 | H2086 | | $236.66 |
| 8/5/2008 5:03:10 AM | Lockbox - CD | $150.00 | 70113901 | | $150.52 |
| 7/31/2008 8:57:39 PM | Phone Withdrawal | ($1.00) | TFN0731 | | $0.52 |
| 7/28/2008 10:39:48 PM | Phone Withdrawal | ($1.00) | TFN0728 | | $1.52 |
| 7/24/2008 10:37:41 PM | Phone Withdrawal | ($1.00) | TFN0724 | | $2.52 |
| 7/19/2008 8:44:54 PM | Phone Withdrawal | ($2.00) | TFN0719 | | $3.52 |
| 7/17/2008 11:23:20 AM | Sales | ($44.15) | 63 | | $5.52 |
| 7/15/2008 3:51:40 PM | Phone Withdrawal | ($2.00) | TFN0715 | | $49.67 |
| 7/15/2008 5:17:44 AM | Lockbox - CD | $50.00 | 70112401 | | $51.67 |
| 7/7/2008 11:26:53 AM | Sales | ($220.45) | 83 | | $1.67 |
| 7/3/2008 8:01:14 AM | Payroll - UNICOR | $88.13 | H2079 | | $222.12 |
| 6/30/2008 11:19:33 AM | Sales | ($79.15) | 72 | | $133.99 |
| 6/30/2008 11:18:14 AM | Sales | $0.00 | 70 | | $213.14 |
| 6/29/2008 10:43:44 PM | Phone Withdrawal | ($1.00) | TFN0629 | | $213.14 |
| 6/28/2008 5:09:59 AM | Lockbox - CD | $210.00 | 70111401 | | $214.14 |
| 6/25/2008 10:05:50 PM | Phone Withdrawal | ($1.00) | TFN0625 | | $4.14 |
| 6/24/2008 6:23:43 PM | Phone Withdrawal | ($1.00) | TFN0624 | | $5.14 |
| 6/23/2008 1:16:00 PM | Sales | ($14.35) | 102 | | $6.14 |
| 6/23/2008 10:21:29 AM | Payroll - IPP | $20.00 | HIPP0608 | | $20.49 |
| 6/22/2008 11:10:51 PM | Phone Withdrawal | ($2.00) | TFN0622 | | $0.49 |
| 6/16/2008 1:29:30 PM | Sales | ($28.90) | 111 | | $2.49 |
| 6/15/2008 5:04:54 PM | Phone Withdrawal | ($1.00) | TFN0615 | | $31.39 |
| 6/10/2008 3:46:12 PM | Phone Withdrawal | ($1.00) | TFN0610 | | $32.39 |
| 6/10/2008 3:06:46 PM | Payroll - IPP | $6.00 | HIPP0508 | | $33.39 |
| 6/10/2008 11:49:12 AM | Sales | ($2.25) | 91 | | $27.39 |
| 6/10/2008 11:20:57 AM | Sales | ($168.75) | 77 | | $29.64 |
| 6/10/2008 5:03:43 AM | Lockbox - CD | $130.00 | 70110001 | | $198.39 |
| 6/7/2008 10:53:15 PM | Phone Withdrawal | ($1.00) | TFN0607 | | $68.39 |
| 6/7/2008 10:00:56 PM | Phone Withdrawal | ($1.00) | TFN0607 | | $69.39 |
| 6/4/2008 8:13:17 AM | Payroll - UNICOR | $70.16 | H2071 | | $70.39 |
| 5/14/2008 8:49:59 PM | Phone Withdrawal | ($4.00) | TFN0514 | | $0.23 |
| 5/12/2008 7:08:17 AM | Sales | ($5.10) | 15 | | $4.23 |
| 5/12/2008 6:44:14 AM | Sales | ($98.55) | 5 | | $9.33 |
| 5/11/2008 10:36:44 PM | Phone Withdrawal | ($2.00) | TFN0511 | | $107.88 |
| 5/9/2008 3:02:46 PM | Payroll - IPP | $11.20 | HIPP0408 | | $109.88 |
| 5/7/2008 11:29:24 AM | Sales | ($1.70) | 88 | | $98.68 |
| 5/5/2008 1:23:30 PM | Sales | ($109.20) | 154 | | $100.38 |
| 5/5/2008 11:15:17 AM | Payroll - UNICOR | $107.39 | H2059 | | $209.58 |
| 5/5/2008 5:14:00 AM | Lockbox - CD | $100.00 | 70107503 | | $102.19 |
| 5/4/2008 8:27:05 PM | Phone Withdrawal | ($2.00) | TFN0504 | | $2.19 |
| 5/1/2008 9:31:13 AM | Phone Withdrawal | ($2.00) | TFN0501 | | $4.19 |
| 4/27/2008 9:21:20 PM | Phone Withdrawal | ($2.00) | TFN0427 | | $6.19 |
| 4/18/2008 10:41:30 PM | Phone Withdrawal | ($2.00) | TFN0418 | | $8.19 |
| 4/12/2008 11:04:14 PM | Phone Withdrawal | ($2.00) | TFN0412 | | $10.19 |
| 4/8/2008 11:05:50 AM | Sales | ($19.50) | 67 | | $12.19 |
| 4/8/2008 11:05:50 AM | SPO - Released | $19.50 | 964 | | |
| 4/7/2008 6:29:35 AM | Sales | ($160.75) | 1 | | $31.69 |
| 4/7/2008 5:21:21 AM | Lockbox - CD | $100.00 | 70105503 | | $192.44 |

1 2 3