# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois            Docket No.: 99-40038-001

Division: Rock Island

### Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)

USA                                         v.   Christopher M. Hodges

---

**Current Counsel for Plaintiff (Petitioner):**      **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Jeff Lang                             Name: Christopher M. Hodges, 12302-026

Firm: U.S. Attorney's Office                Firm: pro-se

Address: 1830 2nd Ave.                      Address: P.O. Box 9000-Low

Rock Island, IL  61201                      Forrest City, AR  72336

Phone: 309-793-5884                         Phone:

---

Judge: Joe B. McDade                        Nature of Suit Code:

Court Reporter: Nancy Mersot                Date Filed in District Court:  4/22/99

                                            Date of Judgment:

                                            Date of Notice of Appeal: 8/18/08

Counsel:   ___Appointed       ___Retained   X___Pro Se

Fee Status:    ___Paid      ___Due      ___IFP     _X__IFP Pending    ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes       _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  12302-026_____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**