# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 19, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3124
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> CHRISTOPHER HODGES,
> Defendant - Appellant
>
> ---
>
> District Court No: 4:99-cr-40038-JBM-1
> Court Reporter Nancy Mersot
> District Judge Joe McDade
> Clerk/Agency Rep Pamela Robinson
>
> Date NOA filed in District Court: 08/18/2008

If you have any questions regarding this appeal, please call this office.

CC: Pamela Robinson

Nancy Mersot